FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2009 MAY 11 P 2: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

CARLA DOUGLAS,

Plaintiff,

v.                                              CASE NO. 3:09-cv-425-J-25JRK

H & P CAPITAL, INC.,

Defendant.

_____/

# COMPLAINT

COMES NOW the Plaintiff, CARLA DOUGLAS ("Plaintiff"), by and through her attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, H & P CAPITAL INC., allege and affirmatively state as follows:

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the state of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(1).

5. Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

6. Plaintiff is a natural person who resides in the City of Longview, County of

Gregg/Harrison, State of Texas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Plaintiff is informed and believes, and thereon alleges, that Defendant is a national company with a business office in the City of Jacksonville, County of Duval, State of Florida.

10. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

11. Defendant caller "Jim King" called Plaintiff's mother in informing her that caller is an attorney working on Plaintiff's (and Plaintiff's husband's) case.

12. Defendant caller did not disclose to Plaintiff's mother that caller is confirming or correcting location information regarding Plaintiff.

13. Defendant caller Jim King stated to Plaintiff that he is an attorney.

14. Defendant caller stated, "I will stop your husband's social security."

15. Defendant caller stated, "We are going to do a background check on your husband."

16. Defendant caller stated that Defendant is going to pick up Plaintiff's husband and send him to jail if Plaintiff or Plaintiff's husband did not pay the alleged debt by a certain time.

17. Defendant caller called Plaintiff's place of employment and left a message with Pam Pierce. (See message note written by Pam Pierce attached as Exhibit A.)

18. Defendant caller did not state to Ms. Pierce that the call was for the purpose of

correcting or confirming location information.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

19.     Defendant violated the FDCPA. Defendant's violations include, but are not limited to, the following:

a)      Defendant violated *§1692b(1)* of the FDCPA because Defendant contacted a Third Party, by calling and contacting Plaintiff's mother where Defendant did not state that he is confirming or correcting location information regarding Plaintiff.

b.)     Defendant violated *§1692b(1)* of the FDCPA because Defendant contacted a Third Party, by calling and contacting Plaintiff's co-worker, Pam Pierce where Defendant did not state that he is confirming or correcting location information regarding Plaintiff.

c.)     Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's mother.

d.)     Defendant violated *§1692c(b)* of the FDCPA because Defendant engaged in prohibited communication practices by contacting Plaintiff's co-worker.

e.)     Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement when Defendant misrepresented to Plaintiff that Defendant is a lawyer to induce Plaintiff to pay the alleged debt.

f.)     Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement when Defendant misrepresented to Plaintiff that Defendant will "stop your husband's social security" to induce Plaintiff to pay the alleged debt.

g.)     Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement when Defendant misrepresented to Plaintiff that Defendant will "do a background check" on Plaintiff's husband to induce Plaintiff to pay the alleged debt.

h.) Defendant violated *§1692(e)* of the FDCPA because Defendant made a false, deceptive or misleading statement when Defendant misrepresented to Plaintiff Defendant will pick up Plaintiff's husband if Plaintiff or Plaintiff's husband did not pay the alleged debt by a certain time attempts to induce Plaintiff to pay the alleged debt.

i.) Defendant violated *§1692e(3)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated to Plaintiff that caller is an attorney.

j.) Defendant violated *§1692e(4)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated that Plaintiff's non-payment of debt will result in social security garnishment of Plaintiff's husband.

k.) Defendant violated *§1692e(4)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated to Plaintiff that Plaintiff's non-payment of debt will result in arrest of Plaintiff's husband.

l.) Defendant violated *§1692e(7)* of the FDCPA because Defendant made a false or misleading statement when Defendant stated to Plaintiff that Plaintiff's non-payment of debt is a crime an would therefore be Plaintiff's husband would be "put in jail."

20. As a consequence of Defendant's foregoing actions, Plaintiff has suffered from stress, anxiety, and humiliation. (*See* Exhibit B.)

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

21. Declaratory judgment that the Defendant's conduct violated the Federal Act, FDCPA.

22. Actual damages.

23. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

24. Costs and reasonable attorney's fees pursuant to the Federal Act, 15 U.S.C. 1692k.

25. Any other relief that this court deems to be just and proper.

                                RESPECTFULLY SUBMITTED,

                          By:   /s/ Jeffrey Spiegel
                              Jeffrey Spiegel
                              Krohn & Moss, Ltd
                              120 W Madison St, 10th Floor
                              Chicago, IL 60602
                              Phone: (312) 578-9428 ext. 257
                              Fax:   (866) 431-5576
                              Attorney for Plaintiff
                              FBN: 0036589

## DEMAND FOR JURY TRIAL

      PLEASE TAKE NOTICE that Plaintiff, CARLA DOUGLAS, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TEXAS)

Plaintiff, CARLA DOUGLA, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CARLA DOUGLAS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5/6/09

_____
CARLA DOUGLAS,
Plaintiff

## EXHIBIT A

FOR Curlas  DATE 4-27 TIME 8:20 A.M.
M Jim King
OF H.P.
PHONE 866-567-4734 (294)
MESSAGE

SIGNED Pam P

Tops FORM 4003

## EXHIBIT B

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — **YES** / NO
2. Fear of answering the telephone — **YES** / NO
3. Nervousness — **YES** / NO
4. Fear of answering the door — **YES** / NO
5. Embarrassment when speaking with family or friends — **YES** / NO
6. Depressions (sad, anxious, or "empty" moods) — **YES** / NO
7. Chest pains — **YES** / NO
8. Feelings of hopelessness, pessimism — **YES** / NO
9. Feelings of guilt, worthlessness, helplessness — **YES** / NO
10. Appetite and/or weight loss or overeating and weight gain — **YES** / NO
11. Thoughts of death, suicide or suicide attempts — **YES** / NO
12. Restlessness or irritability — **YES** / NO
13. Headache, nausea, chronic pain or fatigue — **YES** / NO
14. Negative impact on my job — **YES** / NO
15. Negative impact on my relationships — **YES** / NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Because of the situation, I have been extremely nervous & depressed and have had much anxiety. Not knowing if there would be any going to come to my house and/or place of employment. I often have been as intimate as I ever have been._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 5/6/09

Signed Name: _Carlas Douglas_

Printed Name: _Carlas Douglas_