UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLA DOUGLAS,

    Plaintiff,

v.                                           Case No. 3:09-cv-425-J-25JRK

H & P CAPITAL, INC.,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL**

       CARLA DOUGLAS (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, H & P CAPITAL, INC. (Defendant), in this case.

       Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: _/s/ Matthew W. Kiverts_____
Matthew W. Kiverts
FBN: 0013143
KROHN & MOSS, LTD.
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
T: (312) 578-9428 ext. 203
F: (866) 802-0021
mkiverts@consumerlawcenter.com
*Attorney for Plaintiff*