UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLA DOUGLAS,**

　　Plaintiff,

v.                                                           CASE NO.   3:09-cv-425-J-25JRK

**H & P CAPITAL, INC.,**

　　Defendant.

## O R D E R

Pursuant to Plaintiff's Notice (Dkt. 5) , it is

**ORDERED** that this action is **DISMISSED with prejudice**.  The Clerk is directed to close this case.

**DONE AND ORDERED** this 11th day of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　　HENRY LEE ADAMS, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:   Counsel of Record